NUMBER 13-09-00100-CV AND 13-09-00231-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

INGRAM READYMIX, INC. AND 

SOUTHERN CONTRACTING, INC., Appellants,


v.



BENNETT, MARTIN, SOLKA AND 

TORNO, INC., GOVIND & ASSOCIATES, INC., AND 

W.R. GRACE & CO.-CONN., Appellees. 

_____________________________________________________________


On appeal from the 319th District Court 


of Nueces County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Garza and Vela 
Memorandum Opinion Per Curiam


 Appellants, Ingram Readymix, Inc. and Southern Contracting, Inc.("SCI"), perfected
an appeal from a judgment entered by the 319th District Court of Nueces County, Texas,
in cause number 08-6125-G. SCI, Bennett, Martin, Solka & Torino, Inc.("BMST"), and
Govind & Associates, Inc. ("Govind"), have filed a joint motion to dismiss with prejudice. 
SCI, BMST, and Govind have filed a joint motion to dismiss the appeal on grounds that
they have resolved their disputes at mediation and request that this Court dismiss with
prejudice all of the claims in this case asserted by SCI against BMST and Govind. 

 The Court, having considered the documents on file and the joint motion to dismiss
with prejudice claims by SCI against BMST and Govind, is of the opinion that the motion
should be granted. See Tex. R. App. P. 42.1(a). The joint motion to dismiss is granted,
and the appeal is hereby DISMISSED WITH PREJUDICE. In accordance with the
agreement of the parties, costs are taxed against the party incurring same. See Tex. R.
App. P. 42.1(d). Having dismissed the appeal at the parties' request, no motion for
rehearing will be entertained, and our mandate will issue forthwith.

 The appeal with respect to claims made by SCI against BMST and Govind is
ordered SEVERED from the remainder of the appeal. The Clerk shall create Cause No.
13-09-00231-CV styled Southern Contracting, Inc. v. Bennett, Martin, Solka and Torno, Inc.
and Govind & Associates, Inc. The remainder of the parties remain under this original
cause number, 13-09-00100-CV. 


 PER CURIAM

Memorandum Opinion delivered 

and filed this the 7th day of May, 2009.